PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Terrence Snell                                Cr.: 2:01-CR-337

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh

Date of Original Sentence: 11/27/01, Offender resentenced on a Violation of Probation on 06/30/04 to ten (10) months imprisonment to be followed by ten (10) months supervised release.

Original Offense: Conspiracy to Defraud

Original Sentence: Three (3) years probation, Six (6) months home confinement with electronic monitoring, drug testing and/or treatment as directed by the US Probation Office, full financial disclosure, no new debt, restitution of $$33,021.19l, and a $100 special assessment

Type of Supervision: Probation                        Date Supervision Commenced: 11/27/01

Assistant U.S. Attorney: Matthew Queler              Defense Attorney: K. Anthony Thomas, AFPD

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1      The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

On October 18, 2005, the offender reported to the US Probation Office for a scheduled appointment and submitted to an instant urinalysis test witnessed by a male probation officer. The instant test yielded positive results for marijuana. After questioning by this writer, the offender admitted to using marijuana on October 2, 2005. The offender replied, "well, it was 2 weeks ago, there shouldn't still be a trace of the marijuana in my system." The offender was reprimanded by this writer and instructed to refrain from any further drug use. The offender signed the admission of drug use form.

On January 9, 2006, the offender reported to the US Probation Office and submitted to an instant urinalysis test witnessed by a supervising (male) probation officer. The instant test yielded positive results for marijuana and cocaine. This writer and Supervising USPO Michael A. McLean reprimanded offender who denied ever abusing cocaine. The offender admitted that he smokes marijuana at times; however he vehemently denied the cocaine positive. The urinalysis was labeled and packaged with the assistance of the offender and sent to Scientific Testing Laboratories for further evaluation. On January 18, 2006, Scientific Testing Laboratories verified that the urinalysis was positive for marijuana and cocaine.

2      The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

During the office visit on January 9, 2006, the offender was instructed to return to the US Probation Office on Wednesday-January 18, 2005. The offender called the office on January 18, 2006, stating that he was handling family matters and was not sure if he could report to the office. The offender was instructed to either report to the office on January 18, 2006, before 5:00pm or on January 19, 2005 before 5:00pm, which he failed to do.

On January 23, 2006, this writer called the offender on one of the two telephone numbers provided by him and left a voice mail message instructing offender that he must report to the US Probation Office on Tuesday-January 24, 2006, between the hours of 12:00pm and 3:00pm, which he failed to do.

3      The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender has failed to submit monthly supervision reports since October 2005.

PROB 12C - Page 3
Terrence Snell

4     The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

On January 9, 2006, when questioned about his drug use, the offender denied abusing cocaine; however the offender's urinalysis was found to be positive for both marijuana and cocaine by Scientific Testing Laboratories.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jaclyn T. Coe
U.S. Probation Officer
Date: 01/25/06

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: _to be assigned_
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2/2/06
Date